# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* ) <br> ) <br> ZOJO SOLUTIONS, INC., An Illinois ) <br> Corporation, Relator ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COOPER TOOLS, INC. a Delaware Corporation ) <br> <br> Defendant. | Civil Action No. 10-cv-1504 <br><br> Judge Charles R. Norgle |

## AGREED MOTION FOR APPROVAL AND ENTRY OF AGREED FINAL JUDGMENT

Having entered into a settlement agreement and having received no objection to the settlement agreement from John Fargo, the Director of Intellectual Property Staff at the U.S. Department of Justice, Relator Zojo Solutions, Inc. and Defendant Cooper Tools, Inc. respectfully request that the Court enter the attached Agreed Final Judgment.

**Respectfully Submitted,**

**ZOJO SOLUTIONS, INC.**

By: /s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
t 312-704-300
f 312-704-3001
jvlahakis@hinshawlaw.com

**COOPER TOOLS, INC.**

/s/ Bruce J. Cannon
Kevin M. Nelson
Keith D. Parr
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
t 312-443-0700
f 312-443-0336
kparr@lockelord.com
knelson@lockelord.com

*Of Counsel:*
Robert McAughan

Bruce J. Cannon  
LOCKE LORD BISSELL & LIDDELL LLP  
3200 JPMorgan Chase Tower  
600 Travis  
Houston, Texas 77002  
t 713-226-1200  
f 713-223-3717  
bcannon@lockelord.com  
knelson@lockelord.com

**EXHIBIT 1 TO**

**AGREED MOTION FOR APPROVAL AND ENTRY OF AGREED FINAL JUDGMENT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* | )<br>) |
| ZOJO SOLUTIONS, INC., An Illinois<br>Corporation, Relator | )<br>)<br>) Civil Action No. 10-cv-1504 |
| Plaintiff, | )<br>)<br>) Judge Charles R. Norgle |
| v. | )<br>) |
| COOPER TOOLS, INC. a Delaware Corporation | ) |
| Defendant. | |

## AGREED FINAL JUDGMENT

Before the Court is Relator Zojo Solutions, Inc. and Defendant Cooper Tools, Inc.'s Motion for Entry of Agreed Final Judgment. Having considered the matter, the Court enters Final Judgment in this case, disposing with prejudice all claims that have been or could have been asserted by Plaintiff or any other qui tam relator on these facts and circumstances as follows:

1. The Court HOLDS and ORDERS that any and all claims by plaintiff Zojo Solutions, Inc., on behalf of itself and of the United States and the general public, regarding Defendant Cooper Tools Inc.'s alleged violations of 35 U.S.C. § 292 based on Defendant Cooper Tools, Inc.'s (including its successors in interest, including Cooper Tools, LLC and Apex Tool Group, LLC) marking of any Lufkin® Pro Series tape measure including the following serial numbers: PS3425D, PS3425, PS3035CME, PS3048CME, PS3312, PS3316, PS3430, and PS3435, with an expired patent, or Defendant's (or its successors') marking of any past or existing product with a patent number preceded by language indicating that the product may be covered by one or more of the listed patents or language of similar meaning, including but not

limited to the 318,815; 4,903,912 ; 4,998,356; 5,010,657; 4,527,334; 397,950; and 402,216; D318,815, D397,950 and D402,216 (collectively "Relevant Patents"), are fully resolved and hereby dismissed with prejudice.

2. The Court hereby HOLDS and ORDERS that any future litigation alleging violations of 35 U.S.C. § 292 with regard to any past or existing product covered by this Final Judgment that has been manufactured or sold by Defendant (or its successors) prior to the date of this Judgment is barred.

3. The Court hereby HOLDS and ORDERS that Defendant, its successors, and those acting in concert therewith and/or distributing or selling products manufactured or distributed by Defendant or its successors may sell inventory with packaging that has been manufactured on or before the date of this order without further liability.

4. The Court hereby HOLDS and ORDERS that Plaintiff has the standing to act on behalf of the United States and the general public pursuant to 35 U.S.C. § 292.

5. The Court hereby HOLDS and ORDERS that Plaintiff has a valid statutory assignment of the rights of the United States to pursue the claims in this suit.

6. The Court hereby HOLDS and ORDERS that the Parties' Settlement Agreement that is attached as Exhibit 2 to the Agreed Motion For Approval And Entry Of Agreed Final Judgment is approved by the Court.

7. The Court hereby HOLDS and ORDERS that it expressly retains jurisdiction to resolve any disputes regarding the terms of the Settlement Agreement, any action to enforce the agreement, or any action alleging breach of the agreement.

8. The Court hereby HOLDS and ORDERS that each party shall bear its own costs and attorneys' fees associated with this action.

SO ORDERED.

_____   _____
Date                                                          Charles R. Norgle, Sr
                                                                      United States District Court Judge

## Certificate of Service

      I hereby certify that on June 15, 2011, I electronically filed the above document with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.

By: /s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
t 312-704-300
f 312-704-3001
jvlahakis@hinshawlaw.com